# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00655-CV

**Christopher Keating , Appellant**

**v.**

**Carrie White and Bryan Pogor, Appellees**

## FROM THE COUNTY COURT OF COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. 273608, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Keating moves to dismiss his appeal, announcing that the parties have settled their dispute.  We grant the motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:  November 4, 2004